**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

FRANK D. LACEY, JR.,

    Plaintiff,

v.                                        Case No. 03-CV-75023-DT

DOORSTEP SHELTER SUBSIDIARY OF MES,
INC. and JON P. RUTHERFORD,

    Defendants.
                                           /

**ORDER DENYING AS MOOT PLAINTIFF'S MOTION
FOR "STAY OF ORDER PENDING APPEAL"**

On December 15, 2003, Plaintiff Frank D. Lacey Jr. filed a complaint against Defendants Doorstep Shelter Subsidiary of Mes., Inc. and Jon P. Rutherford, alleging various discrimination claims. Defendants obtained a favorable jury verdict and filed a motion for attorneys' fees and costs, which the court granted on March 10, 2006. Thereafter, Plaintiff filed a motion to stay the court's attorneys' fee award pending his appeal. Because Plaintiff's appeal was dismissed by the Sixth Circuit on June 15, 2006,

IT IS ORDERED that Plaintiff's motion for "Stay of Order Pending Appeal" [Dkt. # 175] is DENIED AS MOOT.

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: October 19, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 19, 2007, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\02-75023.LACEY.DenyMotStayAsMoot.wpd

2